# UNITED STATES DISTRICT COURT

_____EASTERN_____ **District of** _____CALIFORNIA_____

| | |
|---|---|
| ANITA ANN BLACKWELL,<br>          Plaintiff<br><br>          V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>          Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:10-AT-00366 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

**X**    GRANTED.

      **X**    The clerk is directed to file the complaint.

      **X**    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

_____

_____

ENTER this __21ST__ day of _____May_____, __2010__ .

                                                                    /s/ Sandra M. Snyder
                                                                    Signature of Judicial Officer

                                                                    SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                                                   Name and Title of Judicial Officer