1  Denise Bourgeois Haley
2  Attorney at Law: 143709
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel: (562)868-5886
4  Fax: (562)868-5491
   E-Mail:rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff ANITA ANN BLACKWELL
6

7
8              **UNITED STATES DISTRICT COURT**
9              **EASTERN DISTRICT OF CALIFORNIA**
10

11 | ANITA ANN BLACKWELL, | ) | Case No.: 1:10-CV-00918 SMS |
12 | Plaintiff, | ) | STIPULATION EXTEND TIME |
13 | v. | ) | |
14 | MICHAEL J. ASTRUE, Commissioner of Social Security. | ) | |
15 | Defendant. | ) | |
16 | | ) | |
17

18   TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE
19   OF THE DISTRICT COURT:
20       IT IS HEREBY STIPULATED by and between the parties, through their
21   respective counsel, that Plaintiff shall have a 28 day extension of time, to and
22   including December 3, 2010, in which to provide Defendant with Plaintiff's
23   Confidential Letter Brief.  All other dates shall be extended accordingly pursuant
24   to the Scheduling Order dated May 24, 2010.
25   ///
26   ///
27   ///
28   ///

-1-

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issued presented.

DATE: November 3, 2010             Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Denise Bourgeois Haley*

BY: _____
Denise Bourgeois Haley
Attorney for plaintiff Anita Ann Blackwell

DATE:  November 3, 2010        BENJAMIN B. WAGNER
United States Attorney

BY:  /s/ Cynthia De Nardi*
Cynthia De Nardi
Attorneys for defendant Michael Astrue
(*by email authorization on 11/03/2010)

PDF created with pdfFactory trial version www.pdffactory.com

Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
MS. ANITA ANN BLACKWELL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANITA ANN BLACKWELL, ) | Case No.: 1:10-CV-00918-SMS |
| )  Plaintiff, ) | ORDER EXTENDING BRIEFING SCHEDULE |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security. ) | |
| )  Defendant. ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include December 3, 2010, in which to provide Defendant with Plaintiff's Confidential Letter Brief; and that all other deadlines set forth in the May 24, 2010 Scheduling Order shall be extended accordingly.  IT IS SO ORDERED

DATE    November 3, 2010


_____/s/ Sandra M. Snyder_____
THE HONORABLE SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

-3-

1  Respectfully submitted,
2  LAW OFFICES OF LAWRENCE D. ROHLFING
3
4         */s/ Denise Bourgeois Haley*
5  BY: _____
        Denise Bourgeois Haley
6       Attorney for plaintiff

-4-

PDF created with pdfFactory trial version www.pdffactory.com