1  Denise Bourgeois Haley
2  Attorney at Law: 143709
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel: (562)868-5886
4  Fax: (562)868-5491
   E-Mail:rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff ANITA ANN BLACKWELL
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10

11 | ANITA ANN BLACKWELL,                    ) Case No.: 1:10 CV 00918 SMS
                                             )
12 |         Plaintiff,                      ) STIPULATION EXTEND TIME;
   | v.                                      )
13 |                                         ) ORDER
   | MICHAEL J. ASTRUE,                      )
14 | Commissioner of Social Security.        )
                                             )
15 |         Defendant.                      )
                                             )
16 |                                         )
   | _____)
17

18        TO THE HONORABLE SANDRA SNYDER, MAGISTRATE JUDGE OF
19  THE DISTRICT COURT:
20        IT IS HEREBY STIPULATED by and between the parties, through their
21  respective counsel, that Plaintiff shall have a 30 day extension of time, to and
22  including March 8, 2011, in which to file her opening brief.
23  ///
24  ///
25  ///
26  ///
27
28

                                    -1-

1    This request is made at the request of Plaintiff's counsel to allow additional
2 time to pursue settlement and if settlement cannot be had to fully research the
3 issued presented.

4 DATE: February 10, 2011              Respectfully submitted,

5                                      LAW OFFICES OF LAWRENCE D. ROHLFING

7                                      /s/ *Denise Bourgeois Haley*
8                          BY: _____
                               Denise Bourgeois Haley
9                              Attorney for plaintiff Anita Ann Blackwell

11 DATE:  February 10, 2011        BENJAMIN B. WAGNER
                                   United States Attorney
12

13                                     /s/ *Cynthia De Nardi*
14                        BY: _____
                               Cynthia De Nardi
15                             Attorneys for Defendant

Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
MS. ANITA ANN BLACKWELL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANITA ANN BLACKWELL, ) | Case No.: 1:10-CV-00918-SMS |
| )<br>Plaintiff, ) | ORDER EXTENDING BRIEFING |
| v. ) | SCHEDULE |
| )<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security. )<br>)<br>Defendant. )<br>) | |

    Based upon the stipulation of the parties, and for cause shown,

    IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include March 8, 2011, in which to provide Defendant with Plaintiff's portion of the draft joint stipulation; and that all other deadlines set forth in the May 24, 2010 Case Management Order shall be extended accordingly.

IT IS SO ORDERED

Dated:  February 11, 2011            /s/ Sandra M. Snyder

                                                 UNITED STATES MAGISTRATE JUDGE