1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel: (562)868-5886
4  Fax: (562)868-5491
   E-Mail:denise_rohlfing_office@speakeasy.net
5
6  Attorneys for Plaintiff ANITA ANN BLACKWELL

7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10

11  ANITA ANN BLACKWELL,           )  Case No. 1:10-CV-00918-SMS
                                   )
12           Plaintiff,            )  STIPULATION EXTEND TIME;
    v.                             )  ORDER
13                                 )
14  MICHAEL J. ASTRUE,             )
    Commissioner of Social Security.)
15                                 )
             Defendant.             )
16                                 )
                                   )
17

18       TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE
19  OF THE DISTRICT COURT:

20       IT IS HEREBY STIPULATED by and between the parties, through their
21  respective counsel, that Plaintiff shall have a second 14 day extension of time, to
22  and including March 22, 2011, in which to file the opening brief.

23       This request is made at the request of Plaintiff's counsel to allow additional
24  time to receive a settlement response from Anita Blackwell. Counsel has been
25  writing to Anita Blackwell concerning this matter and has just become aware that
26  the last letter authored February 9, 2011 was not properly mailed to her.  Counsel
27  is re-mailing the correspondence to Anita Blackwell and has asked for a response
28  within 10 days. Counsel has requested a two week extension to allow for mailing

-1-

1  time.  It is not counsel's policy to request a second extension and counsel would
2  not do so unless it was necessary.  Counsel will file the appropriate motion or other
3  pleading necessary on March 22, 2011 and will not request further extension.
4  Counsel has acted diligently and respectfully request granting of this extension.

5  DATE: March 4, 2011                Respectfully submitted,

6                                        LAW OFFICES OF LAWRENCE D. ROHLFING

8                                        /s/ *Denise Bourgeois Haley*

9                          BY: _____
10                             Denise Bourgeois Haley
                            Attorney for plaintiff Anita Ann Blackwell

12 DATE:  March 15, 2011
13                               BENJAMIN B. WAGNER
                              United States Attorney

15
16                               /s/ *Cynthia De Nardi*

17                         BY: Cynthia De Nardi_____

18                             Attorneys for defendant Michael Astrue
19                              Assistant Regional Counsel
                            [Authorized by Via –email]

**ORDER**

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including March 22, 2011, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to April 21, 2011 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.

IT IS SO ORDERED.

Dated:   March 16, 2011                    /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE