Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail:rohlfing_office@speakeasy.net

Attorneys for Plaintiff ANITA ANN BLACKWELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA ANN BLACKWELL, | Case No. 1:10-CV-00918-SMS |
| Plaintiff, | SECOND STIPULATION EXTEND TIME; |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | ORDER |
| Defendant. | |

TO THE HONORABLE SANDRA SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 30 day extension of time, to and including April 21, 2011, in which to opening brief.

Plaintiff was not able to obtain contact with her client until recently and counsel needed information to properly assess the prudence of this appeal. Counsel has acted diligently; however, in light of counsel's conversation with plaintiff, counsel respectfully requests additional time to properly research and prepare the opening brief. The time allotted for the preparation of this matter was postponed because counsel was not able to contact Plaintiff. Counsel has just

1  recently had contact with Plaintiff when the withdrawal letters were sent in
2  preparation for a motion to withdraw as counsel had no contact with Plaintiff;
3  however, Plaintiff asked counsel to review the case once more in light of our
4  conversation and counsel agreed to do so.  Counsel has not been able to do so in
5  light of her caseload and at present has four other joint stipulations/briefs which are
6  due or overdue in addition to a hearing and appointment schedule which does not
7  allow counsel the proper time to address the issues concerning Plaintiff before the
8  due date.  Counsel does not wish to prepare a haphazard brief or dismiss a
9  meaningful claim and, despite the inconvenience that this request causes to the
10 court, seeks to represent the Plaintiff to the best of counsel's ability.   Counsel
11 respectfully requests this continuance and will not seek another continuance in this
12 matter. It is not counsel's policy to ask for multiple continuances as counsel is
13 aware of the imposition upon the court and makes this request in good faith and
14 only in the interests of Plaintiff.

15 DATE: March 22, 2011          Respectfully submitted,

16                                LAW OFFICES OF LAWRENCE D. ROHLFING

17

18                                    /s/ *Denise Bourgeois Haley*

19                          BY: _____
                                Denise Bourgeois Haley
20                              Attorney for plaintiff Anita Ann Blackwell

21

22 DATE:  March 22, 2011         BENJAMIN B. WAGNER
                                 United States Attorney
23

24

25                                    /s/ *Cynthia De Nardi*

26                          BY: _____
                                Cynthia De Nardi
27                              Attorneys for defendant Michael Astrue
                                ANITA ANN BLACKWELL
28

-2-

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include April 21, 2011, in which to provide Defendant with Plaintiff's portion of the draft joint stipulation; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   March 23, 2011             /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE